IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 NOV -6  AM 11:30
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

UNITED STATES OF AMERICA,
Plaintiff,

-vs-

(1) HELENA TANTILLO,
Defendant.

CAUSE NO.:
A-15-CR-00162-SS

### O R D E R

BE IT REMEMBERED on this day the Court reviewed the defendant Tantillo's "First Motion for Continuance" [#22 filed November 4, 2015], which is really the second motion for continuance. After the first setting, counsel advised this was a complicated case with extensive discovery and he needed a special setting with additional time. At that time, with agreement of all counsel, the Court granted the request and specially set this case for trial for Tuesday, January 19, 2016. The Austin docket, as counsel well knows, has one of the highest weighted dockets in the country with a heavy criminal docket. For similar reasons, the Court specially set two criminal cases on January 4, 2016 that required additional discovery while maintaining the January 19, 2016 setting for this case. The Court further anticipates somewhere between twelve and sixteen persons will be set on January dockets pursuant to the Speedy Trial Act. These cases must be timely tried. In addition, the Court has civil settings running through the summer of 2017. This is a docket of substantial cases, including patents, Lanham Act cases, as well as the regular federal docket of civil rights cases, Title VII cases, tort cases, and the like. In short, the Court cannot accommodate another continuance.



- 2 -

IT IS THEREFORE ORDERED that the unopposed "First Motion for Continuance" [#22] is DENIED, and this case will proceed to trial on January 19, 2016.

SIGNED this the 5th day of November 2015.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE