IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:15-CR-162-SS |
| HELENA TANTILLO | **ECF** |

## Response to Motion to Set a Deadline for Motions in Limine

The United States of America opposes Tantillo's proposed deadline, but joins in her request that the parties be permitted to file motions in limine until "a time set by this court before the commencement of said trial." (Doc. #27). The United States requests that the Court set a deadline of January 6, 2016. This will allow the Court and the parties to have copies of and to discuss any motions in limine at the status conference on January 8, 2016. This deadline will also prevent the unfair surprise inherent in filing motions in limine on the day of trial and avoid the delay of a lengthy pretrial conference.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

s/ *Walt M. Junker*
Walt M. Junker
Special Assistant United States Attorney - WDTX
Assistant United States Attorney - NDTX
Texas State Bar Number 24038115
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone:     (214) 659-8630
Facsimile:      (214) 659-8805
walt.junker@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on December 22, 2015, I conferenced with defense counsel Michael P. Gibson regarding this response and the government's proposed motion. Counsel is opposed to the government's proposed order and requests a later date.

s/ *Walt M. Junker*
Walt M. Junker
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, correct copies of this document was served on counsel of record by electronically filing the pleading with the clerk of court for the U.S. District Court, Western District of Texas using the ECF system.

s/ *Walt M. Junker*
Walt M. Junker
Assistant United States Attorney