IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HELENA TANTILLO | 1:15-CR-162-SS<br><br>ECF |

### ORDER

Having considered the defendant's request to set a deadline for motions in limine and the government's response, the Court finds the motions well taken. It is hereby ordered that the parties shall file any motions in limine on or before **January 6, 2016**.

This order is in addition to the Court's amended scheduling order of July 23, 2015 which remains in full force and effect.

IT IS SO ORDERED.

SIGNED this the 28th day of December 2015.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE