IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 1:15-CR-00162-SS |
| | § | |
| HELENA TANTILLO | § | |

## GOVERNMENT'S EXHIBIT LIST

The government respectfully submits the following Exhibit List.

| Exhibit No. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 1 | Dallas County RFP No. 2004-064-1485, Request for Proposal for a Recording, Indexing and Imaging System for the Dallas County Clerk's Office | | |
| 2 | Teaming Agreement between Bearing Point, Inc. and Kathy L. Nealy & Associates (Mar. 26, 2004) | | |
| 3 | Letter and Consulting Services Agreement between Bearing Point and Campbell Consulting Group (April 5, 2004) | | |
| 4 | Bearing Point's Dallas County Recording, Indexing, and Imaging System Proposal (in response to RFP No. 2004-064-1485 (April 19, 2004) | | |
| 5 | Dallas County Selection Committee, Susceptibility Results (May 13, 2004) | | |
| 6 | Dallas County Purchasing Department Memo (May 25, 2004) | | |
| 7 | Dallas County Commissioner's Court Order No. 2004 934 (May 25, 2004) | | |
| 8 | Fax and draft letter agreement between Kathy L. Nealy & Associates and Bearing Point (June 16, 2004) | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 9 | Letter agreement between Kathy L. Nealy & Associates and Bearing Point (June 15, 2004) | | |
| 10 | Dallas County Open Meeting Notification and Consent Form (June 23, 2004) | | |
| 11 | Email from Campbell to Tantillo and others (July 26, 2004) | | |
| 12 | Dallas County Purchasing Department Memo (July 27, 2004) | | |
| 13 | Fax and Dallas County Purchasing Department Memo (July 28, 2004) | | |
| 14 | Dallas County Purchasing Department Memo (July 28, 2004) | | |
| 15 | Emails between Campbell and Tantillo (July 28-29, 2004) | | |
| 16 | Emails between Campbell and Tantillo (July 29, 2004) | | |
| 17 | Dallas County Commissioner's Court Agenda (Aug. 3, 2004) | | |
| 18 | Dallas County Commissioner's Court Order No. 2004 1391 (Aug. 10, 2004) | | |
| 19 | Dallas County Office of Budget and Evaluation Memo (Aug. 16, 2004) | | |
| 20 | Emails between Campbell and Tantillo (Aug. 17-18, 2004) | | |
| 21 | Amendment Number 1 to the Consulting Services Agreement By and Between Bearing Point and Campbell Consulting Group (Aug. 19, 2004) | | |
| 22 | Kathy L. Nealy & Associates Invoice to Campbell Consulting Group (Aug. 19, 2004) | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 23 | Campbell Consulting Group Check No. 1026 payable to Kathy Nealy & Associates (Aug. 26, 2004) | | |
| 24 | Bank statement for Campbell Consulting Group (Aug. 2004) | | |
| 25 | Bank statement for Kathy L. Nealy & Associates (Aug. 2004) | | |
| 26 | Kathy L. Nealy Associates Check No. 5196 payable to John Wiley Price (Aug. 27, 2004) | | |
| 27 | Campbell Consulting Group Check Nos. 1003 and 1005 payable to Keep the Faith Foundation (Sept. 17 and Sept. 20, 2004) | | |
| 28 | Letter from Bearing Point to Dallas County Purchasing Department (Oct. 20, 2004) | | |
| 29 | Amendment Number 2 to the Consulting Services Agreement By and Between Bearing Point and Campbell Consulting Group (Nov. 4, 2004) | | |
| 30 | Memo from Dallas County Selection Committee (Jan. 18, 2005) | | |
| 31 | Memo from Dallas County Selection Committee (Jan. 18, 2005) | | |
| 32 | Dallas County Commissioner's Court Order No. 2005 199 (Jan. 25, 2005) | | |
| 33 | Government Affairs Consulting Agreement between Bearing Point and Kathy L. Nealy & Associates (Feb. 21, 2005) | | |
| 34 | Email from Campbell to Tantillo and Nealy (Feb. 28, 2005) | | |
| 35 | Dallas County Commissioner's Court Order No. 2005 658 (Mar. 29, 2005) | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 36 | Marketing Agreement between Bearing Point and KNI, Incorporated (July 26, 2005) | | |
| 37 | Emails between Bearing Point and Nealy (Nov. 14, 2006) | | |
| 38 | Emails between Bearing Point and Nealy (Oct. 6, 2006) | | |
| 39 | Verizon Account History for Helena Tantillo | | |
| 40 | Verizon Phone Records for Helena Tantillo (July 1, 2013 – June 24, 2014) | | |
| 41 | Business Record Affidavit: Verizon | | |
| 42 | Plea Agreement for Christian Lloyd Campbell | | |
| 43 | Plea Agreement Supplement for Christian Lloyd Campbell | | |
| 44 | Factual Resume for Christian Lloyd Campbell | | |
| 45 | Business Record Affidavit: Dallas County | | |
| 46 | Business Record Affidavit: Bank of America | | |
| 47 | Business Record Affidavit: Amegy Bank | | |
| 48 | Business Record Affidavit: Bank of America | | |
| 49 | Indictment in United States of America v. John Wiley Price et al., Case No. 3:14-Cr-293-M (N.D. Texas) | | |
| 50 | Proffer Agreement for Christian Lloyd Campbell | | |
| 51 | Business Record Affidavit: Dallas County | | |

**----- ONLY SIGNATURE PAGE TO FOLLOW -----**

Dated: January 6, 2015        Respectfully Submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

*/s/ J. Nicholas Bunch*
J. NICHOLAS BUNCH
Special Assistant United States Attorney - WDTX
Assistant United States Attorney - NDTX
Texas Bar No. 24050352
1100 Commerce, Suite 300
Dallas, Texas 75242
Telephone: 214.659.8836
Facsimile: 214.767.4104
nick.bunch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Western District of Texas, using the electronic case filing system of the Court. The electronic case filing system will send a Notice of Electronic Filing to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ J. Nicholas Bunch*
J. NICHOLAS BUNCH
Special Assistant United States Attorney