IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 1:15-CR-00162-SS |
| | § | |
| HELENA TANTILLO | § | |

GOVERNMENT'S WITNESS LIST

The government respectfully submits the following Witness List.

| No. | Witness | Sworn | Testified |
| --- | --- | --- | --- |
| 1 | **Special Agent Darryl James**<br><br>Special Agent James is one of the case agents involved in the investigation who interviewed the defendant on multiple occasions. Special Agent James will testify concerning the corruption and tax investigation that led to the interviews of the defendant and the defendant's statements during those interviews.<br><br>Probable fact witness | | |
| 2 | **Special Agent Erik Tighe**<br><br>Special Agent Tighe is one of the case agents involved in the investigation who interviewed the defendant on multiple occasions. Special Agent Tighe will testify concerning the corruption and tax investigation that led to the interviews of the defendant and the defendant's statements during those interviews.<br><br>Probable fact witness | | |
| 3 | **Special Agent Allen Wilson**<br><br>Special Agent Wilson is one of the case agents involved in the investigation who interviewed the defendant on | | |

| No. | Witness | Sworn | Testified |
|---|---|---|---|
|  | one occasion. Special Agent Wilson may testify concerning the corruption and tax investigation that led to the interviews of the defendant and the defendant's statements during the interview. Possible fact witness |  |  |
| 4 | **Special Agent (ret.) Matt Segedy** Special Agent (ret.) Segedy may testify concerning the corruption and tax investigation that led to the interviews of the defendant and the defendant's statements during those interviews. Possible fact witness |  |  |
| 5 | **Gary Miglicco** Mr. Miglicco will testify regarding work at Bearing Point related to pursuit of a contract with Dallas County and contact with the defendant regarding same. Probable fact witness |  |  |
| 6 | **Bill Rogers** Mr. Rogers will testify regarding work at Bearing Point related to pursuit of a contract with Dallas County and contact with the defendant regarding same. Probable fact witness |  |  |
| 7 | **Kathy Blanck** Ms. Blanck will testify regarding communication with the defendant regarding Bearing Point's pursuit of a contract with Dallas County. Probable fact witness |  |  |

| No. | Witness | Sworn | Testified |
|---|---|---|---|
| 8 | **Christian Campbell**<br><br>Mr. Campbell will testify regarding work for Bearing Point related to pursuit of a contract with Dallas County and contact with the defendant regarding same.<br><br>Probable fact witness | | |
| 9 | **Dallas County Commissioner Mike Cantrell**<br><br>Commissioner Cantrell will testify regarding alleged charitable donations by Bearing Point in relation to pursuit of a Dallas County contract.<br><br>Probable fact witness | | |
| 10 | **Linda Boles**<br><br>Ms. Boles may testify regarding the bid process for Dallas County contracts, including the contract pursued by Bearing Point in 2004.<br><br>Possible fact witness | | |
| 11 | **Shannon Brown**<br><br>Ms. Brown may testify regarding the bid process for Dallas County contracts, including the contract pursued by Bearing Point in 2004.<br><br>Possible fact witness | | |
| 12 | **Kristine Starr**<br><br>Ms. Starr may testify regarding the bid process for the Dallas County contracts pursued by Bearing Point in 2004.<br><br>Possible fact witness | | |

| No. | Witness | Sworn | Testified |
|---|---|---|---|
| 13 | **Karen Milbrodt**<br><br>Ms. Milbrodt is a representative of Verizon Wireless and may testify regarding Verizon phone records.<br><br>Possible fact witness | | |
| 14 | **Jeff Floyd**<br><br>Mr. Floyd may testify regarding work at Bearing Point related to pursuit of a contract with Dallas County and contact with the defendant regarding same.<br><br>Possible fact witness | | |
| 15 | **Special Agent Timmy D. Smylie**<br><br>Special Agent Smylie may testify regarding evidence collected during the execution of a search warrant at Kathy L. Nealy & Associates business office in Dallas, Texas.<br><br>Possible fact witness | | |
| 16 | **Special Agent John Carr**<br><br>Special Agent Carr (IRS-CI) may testify regarding evidence collected during the execution of a search warrant at a storage unit controlled by Kathy L. Nealy in Dallas, Texas.<br><br>Possible fact witness | | |

**----- ONLY SIGNATURE BLOCK TO FOLLOW -----**

Dated: January 6, 2015        Respectfully Submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

*/s/ J. Nicholas Bunch*
J. NICHOLAS BUNCH
Special Assistant United States Attorney - WDTX
Assistant United States Attorney - NDTX
Texas Bar No. 24050352
1100 Commerce, Suite 300
Dallas, Texas 75242
Telephone: 214.659.8836
Facsimile: 214.767.4104
nick.bunch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Western District of Texas, using the electronic case filing system of the Court. The electronic case filing system will send a Notice of Electronic Filing to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ J. Nicholas Bunch*
J. NICHOLAS BUNCH
Special Assistant United States Attorney