IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § | CRIMINAL NO. 1:15-CR-00162-SS |
| HELENA TANTILLO | § | |

**DEFENDANT'S PROPOSED WITNESS LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

| # | WITNESS | STATUS | TESTIMONY | CALLED |
|---|---|---|---|---|
| 1 | Kathy Blanck | Probable | Fact | |
| 2 | Phillip Braithwaite | Possible | Fact | |
| 3 | Jeff Floyd | Possible | Fact | |
| 4 | Mike Griffith | Possible | Fact | |
| 5 | John Hennessy | Probable | Fact | |
| 6 | Suzanne McCoy | Possible | Fact | |
| 7 | Madeline Edison McPeters | Probable | Fact | |
| 8 | Glenna Orman | Possible | Fact | |
| 9 | Kathy Pomanti | Probable | Fact | |
| 10 | Bill Rogers | Possible | Fact | |
| 11 | Jim Templeton | Probable | Character | |
| 12 | Andrew Chisholm | Probable | Character | |
| 13 | Gregg Gloria | Probable | Character | |

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

*/s/ Michael P. Gibson*

_____
MICHAEL P. GIBSON
Texas Bar Card No. 07871500

900 Jackson Street, Suite 330
Dallas, Texas 75202
Office: (214) 871 4900
Fax: (214) 871 7543
Email: mgibson@bp-g.com

COUNSEL FOR DEFENDANT
HELENA TANTILLO

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered by ECF filing to Nicholas Bunch and Walt Junker, the Assistant United States Attorney in charge of this case, 1100 Commerce, 3rd floor, Dallas, TX 75242, on this the 6th day of January, 2016.

*/s/ Michael P. Gibson*

_____
MICHAEL P. GIBSON