IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 1:15-CR-00162-SS |
| HELENA TANTILLO | § | |

**AMENDED EXHIBIT LIST FOR DEFENDANT HELENA TANTILLO**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, HELENA TANTILLO, and respectfully submits the attached Amended Exhibit List.

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

/s/ Michael P. Gibson
_____
MICHAEL P. GIBSON
TEXAS BAR CARD NO. 07871500

900 Jackson Street, Suite 330
Dallas, Texas 75202
Telephone: (214) 871-4900
Facsimile: (214) 871-7543
Email: mgibson@bp-g.com

COUNSEL FOR DEFENDANT
HELENA TANTILLO

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered by ECF filing to Nicholas Bunch, Katherine Miller, and Walt Junker, the Assistant United States Attorneys in charge of this case, 1100 Commerce, 3rd floor, Dallas, TX 75242, on this the 14th day of January, 2016.

/s/ Michael P. Gibson
_____
MICHAEL P. GIBSON

**DEFENDANT'S EXHIBIT LIST - Page 1**

## EXHIBIT LIST FOR HELENA TANTILLO

| NUMBER | DESCRIPTION | Offered | Admitted |
|---|---|---|---|
| 1 | Email Dated September 4, 2002 | | |
| 2 | Email Dated November 12, 2002 | | |
| 3 | Email Dated March 16, 2004 | | |
| 4 | Email Dated March 22, 2004 | | |
| 5 | Email Dated March 25, 2004 | | |
| 6 | Email Dated March 28, 2004 | | |
| 7 | Email Dated March 30, 2004 | | |
| 8 | Email Dated March 31, 2004 | | |
| 9 | Email Dated April 1, 2004 | | |
| 10 | Email Dated April 1, 2004 | | |
| 11 | Email Dated April 5, 2004 | | |
| 12 | Email Dated May 12, 2004 | | |
| 13 | Email Dated May 19, 2004 | | |
| 14 | Email Dated June 24, 2004 | | |
| 15 | Email Dated July 23, 2004 | | |
| 16 | Email Dated July 26, 2004 | | |
| 17 | Email Dated July 26, 2004 | | |
| 18 | Email Dated August 13, 2004 | | |
| 19 | Email Dated August 17, 2004 | | |
| 20 | Email Dated October 28, 2004 | | |
| 21 | Email Dated November 1, 2004 | | |
| 22 | Email Dated November 8, 2004 | | |
| 23 | Email Dated December 1, 2004 | | |
| 24 | Email Dated February 28, 2005 | | |
| 25 | Email Dated June 7, 2005 | | |
| 26 | Email Dated October 13, 2005 | | |
| 27 | Email Dated November 14, 2005 | | |

**DEFENDANT'S EXHIBIT LIST - Page 2**

| NUMBER | DESCRIPTION | Offered | Admitted |
|---|---|---|---|
| 28 | Email Dated November 26, 2005 | | |
| 29 | Email Dated August 7, 2006 | | |
| 30 | Email Dated September 7, 2006 | | |
| 31 | Email Dated September 29, 2006 | | |
| 32 | Email Dated January 18, 2007 | | |
| 33 | Grand Jury Subpoena for Helena Tantillo | | |
| 34 | Target Letter to Helena Tantillo | | |
| 35 | Helena Tantillo's American Express Statements showing transactions for conference in Dover, Delaware | | |
| 36 | Helena Tantillo's American Express Statements showing transactions for conference in Phoenix, Arizona | | |
| 37 | Invoice from Westin Kierland Resort & Spa in Scottsdale, AZ dated 08-29-2013 | | |
| 38 | Helena Tantillo's Verizon Wireless Bill showing service dates of 06-28-2013 to 07-28-2013 | | |
| * | Adopts All Government Exhibits | | |

**DEFENDANT'S EXHIBIT LIST - Page 3**